Before the Third Division, April 14, 1965

No. 69241.—The American Customs Brokerage Co. and The Frito Co. of Hawaii, Ltd. *v.* United States, protest 64/20636 (Honolulu).

Opinion by Donlon, J. In accordance with oral stipulation of counsel that the items of merchandise, described on the invoice as "35 cases Sweet Cherry" and "94 cases Kum Chin Cherry," are, in fact, prepared or preserved cherries, the claim of the plaintiffs was sustained.